**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   RAYMOND JENKINS,                          No. C 14-1136 WHA (PR)

9              Plaintiff,                     **ORDER OF TRANSFER**

10     vs.

11  CALIFORNIA DEPARTMENT OF
    CORRECTIONS AND
12  REHABILITATION,                           (Dkt. 2)

13             Defendant.
    _____/
14

15         Plaintiff, an inmate at the North Kern State Prison in Delano, California, filed this civil

16  rights case under 42 U.S.C. 1983 complaining that he is being falsely imprisoned.  Defendant,

17  the California Department of Corrections and Rehabilitation is headquartered in Sacramento,

18  California.  Both Kern County, where plaintiff is located and the alleged constitutional violation

19  is taking place, and Sacramento County, where defendant is located, are within the venue of the

20  United States District Court for the Eastern District of California.  Venue for this case is

21  therefore proper in the Eastern District.  *See* 28 U.S.C. 1391.  Accordingly, and in the interests

22  of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District

23  of California.  *See* 28 U.S.C. 1404(a), 1406(a).  In light of this transfer, the application to

24  proceed in forma pauperis (dkt. 2) is deferred to the Eastern District.

25         The clerk shall transfer this matter forthwith.

26         **IT IS SO ORDERED.**

27  Dated: March ___31___, 2014.
                                        _____
28                                      WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE