# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND E. JENKINS,<br><br>    Plaintiff,<br><br>  v.<br><br>CDCR,<br><br>    Defendant. | Case No. 1:14-cv-00482 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR REFUND OF FILING FEE<br><br>[ECF No. 10] |

Plaintiff Raymond E. Jenkins ("Plaintiff") is a state prisoner proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on March 11, 2014. On April 14, 2014, the Court granted Plaintiff's motion to proceed in forma pauperis. On September 19, 2014, Plaintiff filed a motion for a refund of his filing fees. Plaintiff complains that the order granting in forma pauperis status limited the deduction which the California Department of Corrections and Rehabilitation ("CDCR") could take from his trust account to $10.00 per month. He states the CDCR has deducted more than $10.00 per month.

Plaintiff misunderstands the Court's order. The order did not limit the deduction to $10.00 per month. The order stated that Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to his trust account. The CDCR is required to send to the Clerk of the Court payments each time the amount in the account exceeds $10.00 until the statutory fee is paid.

1  Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for refund is DENIED.

2

3  IT IS SO ORDERED.

4  Dated:   **October 15, 2014**                    /s/ *Dennis L. Beck*
5                                                   UNITED STATES MAGISTRATE JUDGE