1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

8

### EASTERN DISTRICT OF CALIFORNIA

9

10   RAYMOND E. JENKINS,                      Case No.  1:14-cv-00482 DLB PC

11              Plaintiff,                    ORDER DISMISSING ACTION FOR
                                              FAILURE TO PROSECUTE AND FAILURE
12        v.                                  TO STATE A CLAIM

13   CDCR, et al.,

14              Defendants.

15   _____/

16

17        Plaintiff Raymond E. Jenkins, a state prisoner proceeding pro se and in forma pauperis,

18   filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 1, 2014.[1]

19        On February 23, 2015, the Court issued an order dismissing the complaint for failure to

20   state a claim.  Plaintiff was granted thirty (30) days to file an amended complaint.  On March 16,

21   2015, the order served on Plaintiff was returned by the United States Postal Service as

22   undeliverable.

23        Plaintiff is required to keep the Court apprised of his current address at all times, and Local

24   Rule 183(b) provides, "If mail directed to a plaintiff *in propria persona* by the Clerk is returned by

25   the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within

26   sixty-three (63) days thereafter of a current address, the Court may dismiss the action without

27   prejudice for failure to prosecute."  Federal Rule of Civil Procedure 41(b) also provides for

28   _____

[1] Plaintiff consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c) on April 11, 2014.

1   dismissal of an action for failure to prosecute.[2]

2       Plaintiff's address change was due by May 26, 2015, but he failed to file one and he has

3   not otherwise been in contact with the Court.  "In determining whether to dismiss an action for

4   lack of prosecution, the district court is required to consider several factors: (1) the public's

5   interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the

6   risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their

7   merits; and (5) the availability of less drastic sanctions."  *Carey v. King*, 856 F.2d 1439, 1440 (9th

8   Cir. 1988) (internal quotation marks and citation omitted); *accord Omstead v. Dell, Inc.*, 594 F.3d

9   1081, 1084 (9th Cir. 2010); *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460

10  F.3d 1217, 1226 (9th Cir. 2006).  These factors guide a court in deciding what to do, and are not

11  conditions that must be met in order for a court to take action.  *In re PPA*, 460 F.3d at 1226

12  (citation omitted).

13      This case has been pending since 2014, and the expeditious resolution of litigation and the

14  Court's need to manage its docket weigh in favor of dismissal.  *Id.* at 1227.  Further, the opposing

15  party is necessarily prejudiced when he is unaware of the plaintiff's location during the discovery

16  phase of the litigation.  *Id.*

17      With respect to the fourth factor, "public policy favoring disposition of cases on their

18  merits strongly counsels against dismissal," but "this factor lends little support to a party whose

19  responsibility it is to move a case toward disposition on the merits but whose conduct impedes

20  progress in that direction."  *Id.* at 1228.

21      Finally, given the Court's inability to communicate with Plaintiff, there are no other

22  reasonable alternatives available to address Plaintiff's failure to prosecute.  *In re PPA,* 460 F.3d at

23  1228-29; *Carey*, 856 F.2d at 1441.

24  ///

25  ///

26  ///

27

28  _____
[2] Courts may dismiss actions sua sponte under Rule 41(b) based on the plaintiff's failure to prosecute.  *Hells Canyon Preservation Council v. U. S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (citation omitted).

1

**ORDER**

2       Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED for failure to

3   state a claim and failure to prosecute.  Fed. R. Civ. P. 41(b); Local Rule 183(b).

4       This terminates this action in its entirety.

5

6   IT IS SO ORDERED.

7   Dated:   **May 28, 2015**                            /s/ *Dennis L. Beck*

8                                           UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28